**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAKE GEORGE, LLC AND ROBERT W. HIRSH,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; MALCOLM BROWN dba MALCOLM BROWN INSURANCE AGENCY; MALCOLM BROWN INSURANCE AGENCY, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-06504-TJH-Ex<br><br>Assigned for All Purposes To:<br>  Hon. Terry J. Hatter, Jr.<br>  Courtroom 9B<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[JS-6]** |

/ / /

/ / /

/ / /

-1-
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

# ORDER

Having considered the Stipulation to Dismiss the Entire Action With Prejudice jointly submitted by Plaintiffs Lake George, LLC and Robert W. Hirsh and Defendant Travelers Property Casualty Insurance Company, erroneously sued as Travelers Casualty Insurance Company of America,

**IT IS HEREBY ORDERED** as follows:

1. This entire action is dismissed with prejudice; and
2. Each Party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: JULY 12, 2022

_____
Hon. Terry J. Hatter, Jr.
United States District Judge